IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. |
| ) | 1:20-cv-01703-CAP |
| $27,270.00 IN UNITED STATES ) | |
| CURRENCY, ) | |
| ) | |
| Defendant. ) | |

## CLAIM

COMES NOW, CLAIMANT HECTOR NUNEZ LOPEZ, by and through his undersigned counsel of record, and within the Thirty-Five (35) days proscribed by Rule G(5), under Penalty of Perjury, files this, his "CLAIM" in response to the "VERIFIED COMPLAINT FOR FORFEITURE" filed by the Government on April 22, 2020. In support thereof, under Penalty of Perjury, as evidenced in the attached "VERIFICATION," executed before a Notary, Claimant asserts the following:

1) Claimant brings this claim pursuant to Title 18, U.S.C., §983 (a)(2)(C) and (D), Title 28 U.S.C. §1746 and Title 21 U.S.C. §881;

2) The nature and extent of Claimant Hector Nunez Lopez's interest in the property listed in the above-styled is that he is the sole and exclusive

owner of the entirety of the $27,270.00 in U.S. Currency wrongfully seized from him on November 6, 2019;

3) The precise relief sought by Claimant Hector Nunez Lopez is the immediate release/return of his property, specifically the entirety of his $27,270.00 in U.S. Currency plus any and all costs and Attorney's Fees associated with recovery thereof, pursuant to CAFRA Section 4, 106 P.L. 185, 114 Stat. 202, 211-212.

Respectfully submitted this 4th day of June, 2020.

/s/ *Joe S. Habachy*
Joe S. Habachy
Georgia Bar No. 367735
Attorney for Claimant,
HECTOR NUNEZ LOPEZ

The Grant Building, Suite 203
44 Broad Street, N.W.
Atlanta, GA 30303
(404) 523-6622
Habachylaw@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>$27,270.00 IN UNITED STATES )<br>CURRENCY, )<br>)<br>Defendant. ) | CIVIL ACTION NO.:<br>1:20-cv-01703-CAP |

### VERIFICATION

COMES NOW before me, the undersigned notary public, HECTOR NUNEZ LOPEZ, whom, upon being duly sworn and under penalty of perjury, depose and states that the facts and information supplied in the within and foregoing "Claim" are true and correct to the best of his knowledge.

This 4th day of June, 2020.

_____
HECTOR NUNEZ LOPEZ, Claimant

Sworn to and subscribed before me this the 4th day of June, 2020.

_____
Notary Public



JANET MONSOUR
Notary Public, Georgia
Fulton County
My Commission Expires
January 31, 2022

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the within and foregoing:

    CLAIM

    VERIFICATION

was filed via the CM/ECF filing system for the United States District Court for the Northern District of Georgia, which will forward said Notice to the appropriate parties.

This 4th day of June, 2020.

                                              /s/ Joe S. Habachy
                                              Joe S. Habachy
                                              Georgia Bar No. 367735
                                              Attorney for Claimant,
                                              HECTOR NUNEZ LOPEZ

The Grant Building, Suite 203
44 Broad Street, N.W.
Atlanta, GA  30303
(404) 523-6622
Habachylaw@gmail.com