UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$27,270.00 IN UNITED STATES CURRENCY,<br><br>Defendants. | CIVIL ACTION NO.:<br>1:20-CV-01703-CAP |

**CONSENT ORDER OF FORFEITURE**

On April 22, 2020, the United States of America ("United States"), by and through its agents, filed a Complaint for Forfeiture pursuant to 21 U.S.C. § 881(a)(6) and 18 U.S.C. § 981(a)(1)(C) against $27,270.00 in United States Currency. On or about April 28, 2020, the United States served direct notice of the forfeiture action and copies of the Complaint for Forfeiture and the Warrant of Arrest *in rem* on Claimant Hector Abraham Nunez Lopez by and through his attorney, Joseph S. Habachy, via certified mail, return receipt requested and via first class mail. [Doc. 5]. In addition to providing all known potential claimants with notice that a Complaint for Forfeiture had been filed, the United States notified all other potential claimants by publishing a notice at www.forfeiture.gov for 30 consecutive days beginning on April 28, 2020. [Doc. 9].

1

On June 4, 2020, Claimant filed his verified Claim, alleging he is the sole and exclusive owner of the Defendant $27,270.00. [Doc. 12]. On or about June 18, 2020, Claimant filed his Answer to the Complaint. [Doc. 14]. No one other than Claimant has filed a claim to the Defendant $27,270.00 and the time to do so has expired.

The United States and Claimant have entered into a Stipulation of Final Settlement and Release of All Claims resolving all of the issues raised in the Complaint for Forfeiture related to his claim. Specifically, the parties have agreed that the United States shall release $5,000.00 of the Defendant $27,270.00 to Claimant, in consideration of Claimant's agreement to forfeit to the United States the remaining $22,270.00 of the Defendant $27,270.00. Claimant agrees that this shall constitute a full and final settlement of all claims that Claimant has a result of the seizure, detention, forfeiture, and disposal of the Defendant $27,270.00.

WHEREFORE, the Court hereby finds that the United States has furnished due and legal notice of this proceeding as required by statute; that all persons known to the United States to have a possible interest in the Defendant $27,270.00 have received notice in this action; and that no one other than Claimant has claimed an interest in any of the Defendant $27,270.00.

Therefore, IT IS HEREBY ORDERED AS FOLLOWS:

1. A Final Judgment of Forfeiture is hereby entered in favor of the United States against $22,270.00 of the Defendant $27,270.00, which shall be disposed of by the United States according to law and the terms of this Order.

2. The United States shall disburse $5,000.00 to Claimant, by and through his attorney, Joseph S. Habachy.  Claimant shall not be entitled to receive any further payment from the United States as a result of the seizure, detention, forfeiture, and disposal of the Defendant $27,270.00.

3. The parties shall be responsible for payment of their own expenses, including attorney fees, incurred in connection with this proceeding.

4. This case shall be closed.

SO ORDERED, this _____ day of October, 2020.

_____
THE HONORABLE CHARLES A. PANNELL, JR.
UNITED STATES DISTRICT JUDGE

Prepared By:
BYUNG J. PAK
UNITED STATES ATTORNEY

*Cynthia B. Smith*
_____
CYNTHIA B. SMITH
ASSISTANT U.S. ATTORNEY
GEORGIA BAR NO.: 655473
75 Ted Turner Drive, S.W.
Suite 600
Atlanta, Georgia 30303
(404) 772-4433 (Telephone)
Cynthia.smith2@usdoj.gov

Consented to:
CLAIMANT HECTOR NUNEZ
LOPEZ

_____
JOSEPH HABACHY
JOE S. HABACHY, P. C.
GEORGIA BAR NO.  367735
The Grant Building
44 Broad Street NW, Suite 203
Atlanta, Georgia 30303
404-523-6622
habachylaw@gmail.com